*E-FILED: December 11, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMILY R., | No. C12-03387 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| ANTHEM BLUE CROSS AND LIFE AND HEALTH INSURANCE CO., | |
| Defendant. | |

The court is informed that the parties have reached a settlement. All parties shall appear on **January 29, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **January 22, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

SO ORDERED.

Dated: December 11, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03387 HRL Order will be electronically mailed to:**

| | |
|---|---|
| Elizabeth Green | egreen@kantorlaw.net |
| Lisa Kantor | lkantor@kantorlaw.net |
| William von Behren | bvonbehren@vbhlaw.com |
| Carol Lewis | clewis@vbhlaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**