*E-FILED: January 24, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY R.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.:  CV 12-03387 HRL<br><br>[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)<br><br>Complaint Filed:   June 28, 2012 |

Based upon the stipulation of the parties, and for good cause shown:

　　　IT IS HEREBY ORDERED that this action, Case No. CV 12-03387 HRL is dismissed in its entirety, with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: January 24, 2013                    _____
　　　　　　　　　　　　　　　　　　　　　Honorable Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525