*E-FILED: January 24, 2013*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY R.,<br><br>           Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br><br><br>           Defendant. | Case No.: CV 12-03387 HRL<br><br>[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)<br><br><br><br>Complaint Filed:   June 28, 2012 |

Based upon the stipulation of the parties, and for good cause shown:

   IT IS HEREBY ORDERED that this action, Case No. CV 12-03387 HRL is dismissed in its entirety, with prejudice.

   IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: January 24, 2013              _____
                                     Honorable Howard R. Lloyd
                                     United States Magistrate Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525